IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JIMMY D. VAUGHN | § | |
| | § | |
| V. | § | No. 5:15-CV-135-RWS-CMC |
| | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Plaintiff Jimmy D. Vaughn brought this appeal under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner denying his application for Social Security benefits. The Court referred this matter to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. Before the Court is the Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions and recommendation for the disposition of this action. Docket No. 14.

The Report and Recommendation, issued on August 5, 2016, recommends that the Commissioner's decision be reversed and remanded because the record does not show that substantial evidence supports the Commissioner's conclusion that Plaintiff is not disabled. *Id*. at 21. No objections to the Report and Recommendation were filed. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report and Reccomendation of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is hereby ORDERED that Plaintiff's above-entitled Social Security action is hereby **REVERSED** and **REMANDED**. It is **ORDERED** that all motions not previously ruled on are **DENIED**, and the referral order is **VACATED**.

**So ORDERED and SIGNED this 26th day of September, 2016.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE